IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CURTIS GARNER | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MICHAEL NUTTER; LOUIS GIORLA; | : | |
| M. FARRELL; DEPUTY WARDEN | : | |
| MAJOR ABELLO; C/O GLOVER; | : | |
| SETH WILLIAMS; and LOUIS A. | : | |
| MINCARELLI | : | NO. 15-1335 |

**O R D E R**

AND NOW, this 12th day of February, 2016, for the reasons set forth in the accompanying memorandum of today's date, it is **ORDERED** that:

1. The clerk of court shall **REMOVE** the action from administrative suspense and **RETURN** it to the court's active docket.

2. The Clerk of Court shall **STRIKE** the following documents from the record:

    a. Plaintiff's complaint (paper no. 1);

    b. Plaintiff's request to file a supplemental complaint (paper no. 4);

    c. Plaintiff's amended complaint (paper no. 5);

    d. Plaintiff's "Motion and Cause for Supplemental Complaint" (paper no. 6);

    e. Plaintiff's memorandum of law in support of the amended complaint (paper no. 7);

    f. Plaintiff's letter to the Clerk of Court (paper no. 8);

    g. Defendants Abello, Farrell, Giorla, and Nutter's motion to dismiss (paper no. 21);

    h. Defendant Williams' motion to dismiss (paper no. 22);

    i. Plaintiff's response to defendants' motion to dismiss [hereafter "response"] (paper no. 25);

    j. Plaintiff's second amended complaint (paper no. 26);

    k. Defendants Abello, Farrell, Giorla, and Nutter's second motion to dismiss

    (paper no. 27); and

   l. Plaintiff's memorandum of law in support of response (paper no. 28).

3. Mr. Garner is **GRANTED** leave until **March 14, 2016**, to file **ONE** amended complaint containing all claims for relief in a "short and plain statement" that is "simple, concise, and direct." Fed R. Civ. P. 8(a) & (d)(1).

4. Defendants shall not respond to any document filed by Mr. Garner until ordered to do so by the court.

5. The Clerk of Court shall **CLOSE** this case for statistical purposes.

                */s/ Norma L. Shapiro*
                         J.