IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CURTIS GARNER,

                Plaintiff,

      v.

MICHAEL NUTTER, et al,

                Defendants.

CIVIL ACTION
NO. 15-1335

**ORDER**

      **AND NOW**, this 17th day of March, 2017, upon review of Defendants' Third Motion to Dismiss for Failure to State a Claim, and Plaintiff's opposition thereto, it is hereby **ORDERED** as follows:

    1. Defendants' Third Motion to Dismiss for Failure to State a Claim (Docket No. 48) is **GRANTED**;

    2. Plaintiff's Amended Complaint is **DISMISSED** with prejudice; and

    3. This matter is **CLOSED.**

                **BY THE COURT:**

                **/s/ Jeffrey L. Schmehl**
                **Jeffrey L. Schmehl, J.**